IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. BOWERS, JR,

    Plaintiff,

    v.

Case No. 19-cv-114-wmc

WARDEN TIM LUNDQUIST,
SECRETARY CATHY JESS,
DOCTOR MONEASE,
CIRCUIT JUDGE MARTIN
J. DE VRIES and DOCTOR PANKIEWICZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 8/27/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |